# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Michael Odell Fair, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:18-cv-00186-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| David Carpenter | ) | |
| Allen Houser | ) | |
| Tim Johnson, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 29, 2020 Order.

June 29, 2020

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court